UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| HARRY C. BISHOP, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00172-JAW |
| | ) | |
| CORRECT CARE SOLUTIONS LLC, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on May 24, 2016 his Recommended Decision (ECF No. 20). The Plaintiff filed his objections to the Recommended Decision on June 8, 2016 (ECF No. 21). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Plaintiff's Motion to Certify Class (ECF No. 2) be and hereby is <u>DENIED</u> without prejudice.

3. It is further <u>ORDERED</u> that the Plaintiff's Motion to Expedite Ruling on Class Certification (ECF No. 19) be and hereby is <u>DISMISSED</u> as moot.

4. It is further <u>ORDERED</u> that Plaintiff's claims based on Defendants' medical care and special diet practices be and hereby are <u>DISMISSED</u>.

5. It is further <u>ORDERED</u> that Defendants Correct Care Solutions, Wendy Riebe, and Robert Clinton, M.D. be dismissed as Defendants.

6. It is further <u>ORDERED</u> that service be made on the remaining Defendants for the remaining claims.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 24th day of June, 2016